O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER CORRAL, BEVAN ) Case No. CV 07-05749 DDP (SHx)
JANES, JOEY MORGAN, DANIEL )
ROTEN, and STEVEN SOCHER, ) ORDER GRANTING MOTION TO DISMISS
)
               Plaintiffs, )
)
   v. )
)
LEROY BACA and TEN UNKNOWN )
NAMED DEFENDANTS, )
)
            Defendants. )
_____ )

    Having considered the relevant factors, the court GRANTS
Defendant's Motion to Dismiss for Lack of Prosecution (Dkt. No.
35). The court is mindful of counsel's medical issues, Those
obstacles notwithstanding, Plaintiffs' delays in prosecuting this
matter were not reasonable. See F.R.C.P. 41(b). Plaintiffs'
Motion to Lift Stay (Dkt. No. 33) is DENIED as moot.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
DEAN D. PREGERSON
United States District Judge